UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JORDAIN BRASSEAUX** | **CASE NO. 6:24-CV-00144** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTHERN ALABAMA MARINE LOGISTICS, LLC, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Rule 12(b)(6) and Rule 12(b)(3) Motion to Dismiss, Alternative Motion to Transfer, (Rec. Doc. 49) is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent it seeks dismissal of the individual defendants, Kenneth Noel and Devin Noel, and Plaintiff's claims against Kenneth Noel and Devin Noel are DISMISSED WITH PREJUDICE. The motion is otherwise denied.

Signed at Lafayette, Louisiana, this 9th day of February, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE